Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>PHILIP ALLEN SCHNEIDER,<br><br>Defendant. | Docket Number:  6:19-mj-00018-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, legal officer, for the National Park Service, and Philip Allen Schneider, by and through his attorney of record, Jeffrey C. Castleton, that the review hearing in the above-captioned matter set for May 19, 2020 be vacated and probation be terminated. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on June 12, 2019.

Dated:  May 12, 2020    /S/ Susan St. Vincent
                        Susan St. Vincent
                        Legal Officer
                        Yosemite National Park

Dated:  May 12, 2020     /S/ Jeffrey C. Castleton
                         Jeffrey C. Castleton
                         Attorney for Defendant
                         Philip Allen Schneider

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for May 19, 2020 in the above-referenced matter, *United States v. Schneider*, 6:19-mj-00018-JDP, be vacated. Probation is hereby terminated.

IT IS SO ORDERED.

Dated:   May 14, 2020                                          /s/ Jeremy Peterson
                                                              UNITED STATES MAGISTRATE JUDGE

2